# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN        DIVISION

William Dean Snipes
_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

### -against-

Responder Wendlyn Jones, The Veterans Crisis Line,

The Secretary for the Department of Veteran Affairs Denis

McDonough. See attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ____23-cv-902-BCW____

*(to be filled in by the Clerk's Office)*

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☐ Yes ☑ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Snipes |
| Street Address | 1238 Rich Blvd. |
| City and County | Warrensburg, Johnson |
| State and Zip Code | MO 64093 |
| Telephone Number | (832) 597-9388 |
| E-mail Address | snipestqm@outlook.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Wendlyn Jones |
| Job or Title (if known) | Responder |
| Street Address | Exempted |
| City and County | Exempted |
| State and Zip Code | unknown |
| Telephone Number | unknown |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Denis McDonough |
| Job or Title (if known) | Secretary of the Department of Veteran Affairs |
| Street Address | 1600 Pennsylvania Avenue NW, |
| City and County | Washington, DC 20500 |

2

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** The Commerce Clause which enables the Proper & Necessary Clause (U.S Const. Art. 8 par. 3 & par. 17), Privacy Act (5 U.S.C. § 552a) & HIPA Act (45 CFR 164.510(b)(3)) U.S.C. § 1346, 1402, 1443; Continuity-of-Care 26 U.S. Code § 9818; The FTCA 42 U.S.C.A. 1981, 28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680; 28 Equal Rights under the Law U.S.C.A § 1981; Property rights of citizens U.S.C.A. § 1982;. Deprivation of Civil Rights U.S.C.A. § 1983; The American with Disabilities Act including Title II of the ADA [42 U.S.C. 12131 et seq. 29 U.S.C.A. § 794a The Joshua Omvig Veterans Suicide Prevention Act 38 CFR § 101; 28 U.S.C. §§ 2072 and 2075 Rule 57 Declaratory Judgement 28 U.S.C. § 2201. On 03/16/2022, having been moved from Houston, TX to rural Warrensburg MO five months previous in October 2021, Veteran William Snipes called the Veterans Crisis Line at 10:28 AM. The call lasted approximately 55 minutes. Veteran left the call feeling better as Responder Jones came across as very empathetic. Responder Jones only placed on caveat on disclosure. She stated that the information provided to the Suicide Prevention Coordinator would be used to help Veteran Snipes obtain the benefits that the VHA had not transferred yet. Having a medical background himself, Veteran Snips exuberantly declared, "you can give them everything as. As long as it… [helps me obtain home healthcare]" Responder Jones replied, "Oh your gonna get help. It is not matter of if, it is a matter of when…now." Veteran Snipes did not believe that he had to exclude from the disclosure the hyperbole he had stated earlier in the conversation to the request to disclose of Personally Identifiable Information and the Veteran's current circumstances to a local Suicide Prevention Coordinator; Veteran has a Movement Disorder that is 100% service-connected disabling. On 03/16/2022 at 12:04 PM, Responder Jones wrote an electronic communication to the Suicide Prevention Coordinators the local VHA where she espoused her own greatness in her own ability to "talk" Veteran Snipes "down". Responder included in her communication information that was not authorized, in the best interest of the Veteran, or would in any way help the Veteran obtain benefits. (1) Request for Declaratory Judgement on this specific issue (2) Request for Declaratory Judgement on when, where, and how the Veterans Crisis Line are allowed to disclose "confidential & privileged" statements and Personal Identifiable Information to Suicide Prevention Coordinators at local Veteran Hospital Administrations.

**Requested in Complaint**

    **Class Action:** Class Action Under FRCP23

    **Monetary Demand (in Thousands):** $2000

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** William Snipes

**Date:** 12/01/2023

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Responder Wendlyn Jones, The Veterans Crisis Line, Secretary of the Department of Veteran Affairs Denis McDonough, The Veteran Affairs Undersecretary of Health Shereef Elnahal, M.D., and the United States of America.

Charles Evans Whittaker U.S. Courthouse
Civil Process Clerk
400 E. 9th Street
Kansas City, MO 64106
District Court: 816-512-5000

United States Attorney Theresa Moore
for the United States Attorney District Court
for the Western District of Missouri
400 E 9th St Rm 5510
Kansas City, Missouri 64106

United States Attorney General
Merrick Garland
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William D. Snipes |
| Street Address | 1238 Rich Blvd |
| City and County | Warrensburg, Johnson, |
| State and Zip Code | MO 64093 |
| Telephone Number | 8325979388 |
| E-mail Address | snipestqm@outlook.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States of America |
| Job or Title (if known) | |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington, |
| State and Zip Code | DC 20530-0001 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

# I.  The Parties to This Complaint

## A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Snipes |
| Street Address | 1238 Rich Blvd. |
| City and County | Warrensburg, Johnson |
| State and Zip Code | MO 64093 |
| Telephone Number | (832) 597-9388 |
| E-mail Address | snipestqm@outlook.com |

## B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Veterans Crisis Line |
| Job or Title (if known) | |
| Street Address | 1600 Pennsylvania Avenue NW, |
| City and County | Washington, |
| State and Zip Code | Washington, DC 20500 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Shereef Elnhahal |
| Job or Title (if known) | Veteran Affairs Undersecretary of Health |
| Street Address | 1600 Pennsylvania Avenue NW, |
| City and County | Washington, DC 20500 |

2

State and Zip Code   DC 20500

Telephone Number   (202) 456-1111

E-mail Address   denis.mcDonough@va.gov
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☑ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

☑ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.
Department of Veteran Affairs_____

_____

_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    A.     The Plaintiff(s)

    The plaintiff, *(name)* William D. Snipes_____, is a citizen of the State of *(name)* Missouri_____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

    1. If the defendant is an individual

The defendant, *(name)* <u>Wendlyn Jones</u>, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    2. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

<u>costs under $7,500</u>

_____

_____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

On 03/16/2022, having been moved from Houston, TX to rural Warrensburg MO five months previous in October 2021, Veteran William Snipes called the Veterans Crisis Line at 10:28 AM. The call lasted approximately 55 minutes. Veteran left the call feeling better as Responder Jones came across as very empathetic. Responder Jones only placed on caveat on disclosure. She stated that the information provided to the Suicide Prevention Coordinator would be used to help Veteran Snipes obtain the benefits that the VHA had not transferred yet. Having a medical background himself, Veteran Snips exuberantly declared, "you can give them everything as. As long as it... [helps me obtain home healthcare]" Responder Jones replied, "Oh your gonna get help. It is not matter of if, it is a matter of when...now." Veteran Snipes did not believe that he had to exclude from the disclosure the hyperbole he had stated earlier in the conversation to the request to disclose of Personally Identifiable Information and the Veteran's current circumstances to a local Suicide Prevention Coordinator; Veteran has a Movement Disorder that is 100% service-connected disabling.

On 03/16/2022 at 12:04 PM, Responder Jones wrote an electronic communication to the Suicide Prevention Coordinators the local VHA where she espoused her own greatness in her own ability to "talk" Veteran Snipes "down". Responder included in her communication information that was not authorized, in the best interest of the Veteran, or would in any way help the Veteran obtain benefits.

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Depending on Outcome of Declaratory Judgment.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

costs of obtaining the judicial declartion.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☐          No ☑

Do you claim actual damages for the acts alleged in your complaint?

Yes ☐          No ☑

Do you claim punitive monetary damages?

Yes ☐          No ☑

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

_____

_____

_____

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: 01 Day of Dec, 20 23.

Signature of Plaintiff         _____

Printed Name of Plaintiff      William Snipes

6

William D. Snipes
1238 Rich Blvd
Warrensburg, MO 64093
832 597-9388
snipestqm@outlook.com

United States Attorney Theresa Moore
for the United States Attorney District Court
for the Western District of Missouri
400 E 9th St Rm 5510
Kansas City, Missouri 64106

United States Attorney General
Merrick Garland
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The Secretary of the Veteran Affairs
Denis McDonough
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Counsel for the United States of America,

Veteran William D. Snipes can and will except Notice of Waiver of Service by scanning the signed form and returning it to snipestqm@outlook.com.

Dated this the 4 December 2023.

_____
William D. Snipes